1

Attorneys for Plaintiff(s), Patricia Weber

2

UNITED STATES DISTRICT COURT

3

NORTHERN DISTRICT OF CALIFORNIA

4

IN RE: BEXTRA AND CELEBREX                    )    **Index No.:** 3:06-cv-02392-CRB

MARKETING SALES PRACTICES AND                 )

5

PRODUCT LIABILITY LITIGATION                  )    **MDL NO. 1699**

)    **District Judge: Charles R. Breyer**

6

_____)

7

Acquarole et al.,                             )

)

8

Plaintiffs,                  )    **STIPULATION AND ORDER OF**

)    **DISMISSAL WITH PREJUDICE**

9

vs.                          )

10

Pfizer, Inc., et al.                          )

Defendants.                  )

11

_____)

12

Come now the Plaintiff(s), Patricia Weber, and Defendants, by and through the

13

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

15

fees and costs.

16

17

DATED: $\underline{10/9}$, 2009          By: _____

Stephen Murakami, Esq.

18

The Law Firm of Robert H. Weiss PLLC.

50 Jericho Turnpike

19

Jericho, NY 10502

Telephone: 516-876-4213

20

Facsimile: 516-876-6906

Attorneys for Plaintiff(s), Patricia Weber

21

DATED: Oct. 21, 2009          By: _____

22

DLA PIPER LLP (US)

1251 Avenue of the Americas

23

New York, NY 10020

Telephone: (212) 335-4500

24

Facsimile: (212) 335-4501

Defendants' Liaison Counsel

25

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

26

**IT IS SO ORDERED.**

27

DATED: OCT 2 8, 2009          _____

28

Hon. Charles R. Breyer

United States District Court

-1-