**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile:  (213) 217-5010
Email:  bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA  90071
Telephone:  (213) 596-6000
Facsimile:  (213) 596-6010
Email:  dpollard@kpalawyers.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL CASE NO.: 05-CV-1699 |
| ACQUAROLE, et al., | CASE NO. CGC-06-449463 |
| | MDL Case No. 06-2392 CRB |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF DONALD MUNRO |
| vs. | |
| PFIZER, INC., et al. | |
| Defendants. | |

COME NOW, Plaintiff DONALD MUNRO and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF DONALD MUNRO**

hereby stipulate to the dismissal of Plaintiff DONALD MUNRO from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009    **KABATECK BROWN KELLNER LLP**

By: _____
    Brian S. Kabateck, Esq.
    Attorneys for Plaintiff DONALD MUNRO

Dated:    October 27, 2009    **DLA PIPER LLP**

By: /S/
    Matthew A. Holian
    Attorney for Defendants PFIZER, INC., et al.

## ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:    OCT 2 9 2009    _____
    Honorable Charles R. Breyer
    United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF DONALD MUNRO**