**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA  90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITigATION | ) **MDL CASE NO.: 05-CV-1699** ) ) ) |
| ACQUAROLE, et al., | ) **CASE NO. CGC-06-449463** ) **MDL Case No. 06-2392 CRB** |
| Plaintiffs, | ) **STIPULATION AND ORDER OF** ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) **AS TO PLAINTIFF JIMMY RICHARDSON** ) |
| PFIZER, INC., et al. | ) |
| Defendants. | ) ) |

COME NOW, Plaintiff JIMMY RICHARDSON and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

---

1  41(a), and hereby stipulate to the dismissal of Plaintiff JIMMY RICHARDSON from this action,
2  with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 2⁷, 2009         **KABATECK BROWN KELLNER LLP**

By: _____
    Brian S. Kabateck, Esq.
    Attorneys for Plaintiff JIMMY RICHARDSON

Dated:   October 27, 2009         **DLA PIPER LLP**

By: ____/S/_____
    Matthew A. Holian
    Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:   OCT 2 9 2009             _____
                                  Honorable Charles R. Breyer
                                  United States District Court

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JIMMY RICHARDSON