**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA  90071
Telephone:  (213) 596-6000
Facsimile:  (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL CASE NO.: **05-CV-1699** |
| ACQUAROLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC., et al. <br><br> Defendants. | CASE NO. **CGC-06-449463** <br> **MDL Case No. 06-2392 CRB** <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF THOMAS MEAR** |

COME NOW, Plaintiff THOMAS MEAR and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

1  hereby stipulate to the dismissal of Plaintiff THOMAS MEAR from this action, with prejudice,
2  each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009        **KABATECK BROWN KELLNER LLP**

By: _____
  Brian S. Kabateck, Esq.
  Attorneys for Plaintiff THOMAS MEAR

Dated:     October 27, 2009      **DLA PIPER LLP**

By: /S/ _____
  Matthew A. Holian
  Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  OCT 2 9 2009     _____
  Honorable Charles R. Breyer
  United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF THOMAS MEAR**