1  **KABATECK BROWN KELLNER LLP**
   BRIAN S. KABATECK, ESQ. / BAR #152054
2  RICHARD L. KELLNER, ESQ. / BAR #171416
   644 South Figueroa Street
3  Los Angeles, CA   90017
   Telephone: (213) 217-5000
4  Facsimile:  (213) 217-5010
   Email:  bsk@kbklawyers.com
5

6  **KHORRAMI POLLARD & ABIR LLP**
   SHAWN KHORRAMI, ESQ. / BAR #180411
7  DYLAN POLLARD, ESQ. / BAR #180306
   444 So. Flower Street, Thirty-Third Floor
8  Los Angeles, CA   90071
   Telephone:  (213) 596-6000
9  Facsimile:  (213) 596-6010
   Email:  dpollard@kpalawyers.com
10

11 Attorneys for Plaintiffs

12
                    **IN THE UNITED STATES DISTRICT COURT**
13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                              **(SAN FRANCISCO DIVISION)**
14

15 IN RE: BEXTRA AND CELEBREX         ) **MDL CASE NO.: 05-CV-1699**
   MARKETING SALES PRACTICES AND      )
16 PRODUCT LIABILITY LITIGATION       )
                                      )
17 _____    )
                                      )
18 ACQUAROLE, et al.,                 ) **CASE NO. CGC-06-449463**
                                      ) **MDL Case No. 06-2392 CRB**
19                                    )
            Plaintiffs,                ) **STIPULATION AND ORDER OF**
20                                    ) **DISMISSAL WITH PREJUDICE**
   vs.                                ) **AS TO PLAINTIFF BILLY MCDANIEL**
21                                    )
                                      )
22 PFIZER, INC., et al.                )
                                      )
23          Defendants.                )
                                      )
24 _____    )

25

26      COME NOW, Plaintiff BILLY MCDANIEL and Defendants PFIZER, INC., et al., by

27 and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

28

---
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF BILLY MCDANIEL**

and hereby stipulate to the dismissal of Plaintiff BILLY MCDANIEL from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 14, 2009   **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff BILLY MCDANIEL

Dated:        October 27 , 2009   **DLA PIPER LLP**

By: _____/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __OCT 2 9 2009__   _____
Honorable Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF BILLY MCDANIEL**