**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL CASE NO.: **05-CV-1699** <br> ) <br> ) |
| ACQUAROLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC., et al. <br><br> Defendants. | ) **CASE NO. CGC-06-449463** <br> ) **MDL Case No. 06-2392 CRB** <br> ) <br> ) **STIPULATION AND ORDER OF** <br> ) **DISMISSAL WITH PREJUDICE** <br> ) **AS TO PLAINTIFF OSMIN MARTINEZ** <br> ) |

COME NOW, Plaintiff OSMIN MARTINEZ and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

and hereby stipulate to the dismissal of Plaintiff OSMIN MARTINEZ from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 29 2009      **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff OSMIN MARTINEZ

Dated:      October 27, 2009      **DLA PIPER LLP**

By:  /S/
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

## ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:   OCT 2 9 2009          _____
Honorable Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF OSMIN MARTINEZ**