**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL CASE NO.: **05-CV-1699** ) ) ) |
| ACQUAROLE, et al., | ) CASE NO. CGC-06-449463 ) MDL Case No. 06-2392 CRB |
| Plaintiffs, | ) **STIPULATION AND ORDER OF** ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) **AS TO PLAINTIFF JEFF ROUSE** ) |
| PFIZER, INC., et al. | ) ) |
| Defendants. | ) ) |

COME NOW, Plaintiff JEFF ROUSE and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

---
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JEFF ROUSE**

hereby stipulate to the dismissal of Plaintiff JEFF ROUSE from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 2̲7̲, 2009    **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff JEFF ROUSE

Dated:    October 27, 2009    **DLA PIPER LLP**

By: ___/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

## ORDER

PURSUANT TO THE TERMS SET FORTH IN T̶H̶E̶ ̶P̶A̶R̶TIES' STIPULATION, IT IS SO ORDERED.

Dated:    **OCT 2 9 2009**    _____
Honorable Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JEFF ROUSE**