**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL CASE NO.: 05-CV-1699 ) ) ) |
| ACQUAROLE, et al., | ) CASE NO. CGC-06-449463 ) MDL Case No. 06-2392 CRB |
| Plaintiffs, | ) ) STIPULATION AND ORDER OF ) DISMISSAL WITH PREJUDICE |
| vs. | ) AS TO PLAINTIFF JAMES WOROBE ) |
| PFIZER, INC., et al. | ) ) |
| Defendants. | ) ) |

COME NOW, Plaintiff JAMES WOROBE and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

---
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JAMES WOROBE

1 | hereby stipulate to the dismissal of Plaintiff JAMES WOROBE from this action, with prejudice,
2 | each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009    **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff JAMES WOROBE

Dated:    October 27, 2009    **DLA PIPER LLP**

By: _____/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:    OCT 2 9 2009    _____
Honorable Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JAMES WOROBE**