1  **KABATECK BROWN KELLNER LLP**
   BRIAN S. KABATECK, ESQ. / BAR #152054
2  RICHARD L. KELLNER, ESQ. / BAR #171416
   644 South Figueroa Street
3  Los Angeles, CA  90017
   Telephone: (213) 217-5000
4  Facsimile: (213) 217-5010
   Email: bsk@kbklawyers.com
5

6  **KHORRAMI POLLARD & ABIR LLP**
   SHAWN KHORRAMI, ESQ. / BAR #180411
7  DYLAN POLLARD, ESQ. / BAR #180306
   444 So. Flower Street, Thirty-Third Floor
8  Los Angeles, CA  90071
   Telephone:  (213) 596-6000
9  Facsimile:  (213) 596-6010
   Email: dpollard@kpalawyers.com
10

11 Attorneys for Plaintiffs

12

13             IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                        (SAN FRANCISCO DIVISION)

15 IN RE: BEXTRA AND CELEBREX         ) **MDL CASE NO.: 05-CV-1699**
   MARKETING SALES PRACTICES AND      )
16 PRODUCT LIABILITY LITIGATION       )
                                      )
17 _____    )
                                      )
18 ACQUAROLE, et al.,                 ) **CASE NO. CGC-06-449463**
                                      ) **MDL Case No. 06-2392 CRB**
19                                    )
           Plaintiffs,                ) **STIPULATION AND ORDER OF**
20                                    ) **DISMISSAL WITH PREJUDICE**
   vs.                                ) **AS TO PLAINTIFF DAWN COLON**
21                                    )
                                      )
22 PFIZER, INC., et al.                )
                                      )
23      Defendants.                   )
                                      )
24                                    )
   _____    )
25

26      COME NOW, Plaintiff DAWN COLON and Defendants PFIZER, INC., et al., by and

27 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

28

hereby stipulate to the dismissal of Plaintiff DAWN COLON from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009       **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff DAWN COLON

Dated:     October 27, 2009     **DLA PIPER LLP**

By:     /S/
_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:    OCT 2 9 2009          _____
Honorable Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF DAWN COLON**