**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) **MDL CASE NO.: 05-CV-1699** <br> ) <br> ) <br> ) |
| ACQUAROLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC., et al. <br><br> Defendants. | ) **CASE NO. CGC-06-449463** <br> ) **MDL Case No. 06-2392 CRB** <br> ) <br> ) **STIPULATION AND ORDER OF** <br> ) **DISMISSAL WITH PREJUDICE** <br> ) **AS TO PLAINTIFF ANGELIA BRIDGES** <br> ) <br> ) <br> ) <br> ) <br> ) |

COME NOW, Plaintiff ANGELIA BRIDGES and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

---
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF ANGELIA BRIDGES**

and hereby stipulate to the dismissal of Plaintiff ANGELIA BRIDGES from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009   **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff ANGELIA BRIDGES

Dated:   October 27, 2009   **DLA PIPER LLP**

By: __/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

## ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:   OCT 2 9 2009   _____
Honorable Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF ANGELIA BRIDGES**